1  **SEDGWICK LLP**
   RALPH A. CAMPILLO (BAR NO. 70376)
2  Email: ralph.campillo@sedgwicklaw.com
   WENDY A. TUCKER (BAR NO. 121122)
3  Email: wendy.tucker@sedgwicklaw.com
   MICHAEL M. WALSH (BAR NO. 150865)
4  Email: michael.walsh@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
5  Los Angeles, CA  90017-5556
   Telephone:    213.426.6900
6  Facsimile:    213.426.6921

7

   Attorneys for Defendant
8  THOMAS P. SCHMALZRIED, M.D.,
   A Professional Corporation,

9

*IT IS SO ORDERED* — Judge James Ware

10            **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

12 | DION HALL and BELINDA KHANTHONGDY, | CASE NO.  3:12-cv-00074-JW |
13 | | |
14 | Plaintiff(s), | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** |
15 | v. | |
16 | DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive, | Complaint served: December 7, 2011 Removal Date: January 5, 2012 Current Response Date: January 12, 2012 Agreed Response Date: February 11, 2012 |
17 | | |
18 | | |
19 | Defendants. | |

20

21

22 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23      Defendant Thomas P. Schmalzried, M.D., a Professional Corporation ("Defendant")

24 hereby requests, and Plaintiffs Dion Hall and Belinda Khanthongdy ("Plaintiffs") hereby agree

25 to Defendant's request, for an extension of time for Defendant to file a response to Plaintiffs'

26 Complaint. Plaintiffs' Complaint was filed on November 21, 2011, Defendant was served on or

27 about December 7, 2011 and the case was removed by on January 5, 2012.

28

1       THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for

2 Defendant to respond to February 11, 2012.

3

4 DATED: January 10, 2012        SEDGWICK LLP

5

6                                           By:     /s/ Michael M. Walsh

7                                                Ralph Campillo

                                               Wendy Tucker

8                                                Michael M. Walsh

                                               Attorneys for Defendant

9                                                THOMAS P. SCHMALZRIED, M.D., a

10                                               Professional Corporation

11

12 DATED: January 10, 2012        LEVIN SIMES KAISER & GORNICK LLP

13

14                                           By:     /s/ David Markevitch

15                                             Lawrence J. Gornick

                                            David Markevitch

16                                             Attorney for Plaintiffs

                                            DION HALL and BELINDA HANTHONGDY

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

LA/1128157v1

Pursuant to Section X of General Order No. 45 regarding Electronic Court Filing, I hereby certify that the content of this document is acceptable to David Markevitch, counsel for Plaintiffs Dion Hall and Belinda Khanthongdy, and that I have obtained counsel's authorization to affix his electronic signature to this document.

DATED: January 10, 2012     SEDGWICK LLP

By: /s/ Michael M. Walsh
Ralph Campillo
Wendy Tucker
Michael M. Walsh
Attorneys for Defendant
THOMAS P. SCHMALZRIED, M.D., a Professional Corporation

3

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**

LA/1128157v1