ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 362-7777
Facsimile:    (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DION HALL and BELINDA KHANTHONGDY,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. CV12-00074-JW<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DION HALL and BELINDA KHANTHONGDY and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1.   The Parties' request for a stay of proceedings is GRANTED;

2.   All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

3.   All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a

683887.1 / 25-141                                                                                                                CV12-00074-JW

joint Case Management Order in the MDL addressing remand briefing.

IT IS SO ORDERED.

Dated: Jan. 24____, 2012    _____
                            Hon. James Ware

Respectfully submitted by,

DATED: January 19, 2012          YUKEVICH CALFO & CAVANAUGH

                                 By:  /s/ Alexander G. Calfo
                                      Alexander G. Calfo
                                      Kelley S. Olah
                                      Gabrielle Anderson-Thompson
                                      Attorneys for Defendant DEPUY
                                      ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788